FILED

12/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0032

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0032

_____

EGAN SLOUGH COMMUNITY, YES! FOR
FLATHEAD FARMS AND WATER, AND AMY
WALLER,

      Plaintiffs and Appellants,

  v.

FLATHEAD COUNTY BOARD OF COUNTY
COMMISSIONERS, A BODY POLITIC OF
FLATHEAD COUNTY, FLATHEAD COUNTY
PLANNING AND ZONING DEPARTMENT, AND
FLATHEAD CITY-COUNTY HEALTH
DEPARTMENT,

      Defendants and Appellees,

  and

MONTANA ARTESIAN WATER COMPANY,

      Defendant and Cross-Appellant.

_____

O R D E R

Defendant and Cross-Appellant Montana Artesian Water Company moves for clarification of this Court's December 1, 2021 Order setting oral argument in this matter for January 19, 2022. Montana Artesian points out that the three parties are not uniformly aligned on the appeal and cross-appeal issues. For clarity and to facilitate the preparation and presentation of arguments,

IT IS HEREBY ORDERED that the Plaintiffs and Appellants (collectively "Egan Slough Community") shall be allotted thirty (30) minutes of argument time, Montana Artesian shall be allotted thirty (30) minutes of argument time, and the Flathead County Appellees shall be allotted ten (10) minutes of argument time.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2021